No. D–2384. IN RE DISBARMENT OF ALLEN. Disbarment entered. [For earlier order herein, see *ante*, p. 922.]

No. D–2385. IN RE DISBARMENT OF MASON. Disbarment entered. [For earlier order herein, see *ante*, p. 977.]

No. D–2386. IN RE DISBARMENT OF McGOWAN. Disbarment entered. [For earlier order herein, see *ante*, p. 977.]

No. 04M39. MILES *v.* WTMX RADIO NETWORK ET AL.; and
No. 04M40. EL BEY *v.* HEIFNER ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–7596. MANESSIS *v.* NEW YORK CITY DEPARTMENT OF TRANSPORTATION ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 8, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–7768. IN RE GAGAN. Petition for writ of habeas corpus denied.

No. 04–7214. IN RE BARKCLAY;
No. 04–7215. IN RE BARKCLAY;
No. 04–7216. IN RE BARKCLAY;
No. 04–7218. IN RE BARKCLAY;
No. 04–7269. IN RE BROWN;
No. 04–7564. IN RE BROWN; and
No. 04–7642. IN RE YOUNG. Petitions for writs of mandamus denied.

No. 04–7275. IN RE FISH. Petition for writ of mandamus and/ or prohibition denied.

No. 04–7333. IN RE GRISSO. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 03–1250. TROY CAB, INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL. Ct. App. Mich. Certiorari denied.